**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 14-12825 | DRC | Judge: | Donald R Cassling | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|---|
| Case Name: | THE MORTGAGE LAW GROUP, LLP, LLP | | | | Date Filed (f) or Converted (c): | 04/07/2014 (f) |
| | | | | | 341(a) Meeting Date: | 05/27/2014 |
| For Period Ending: | 03/31/2017 | | | | Claims Bar Date: | 12/09/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| . No Assets To Report | | | | 0.00 | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $0.00         $0.00         $0.00         $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 22, 2017:  I am working with the Consumer Financial Protection Bureau and the State of Wisconsin to recover money for the victims of Legal Helpers and Thomas Macey and Jeffrey Aleman.  A major case is going to trial in Madison, WI next month, and I have reached an agreement with the government to assist the government in bringing justice.  This case may go on for a while since the debtor's principals make difficult targets and are well represented.  This case is related to Legal Helper Debt Resolution.  Macey ran an operation where he bought names from Legal Zoom and other providers, plus he had some direct inquiries.  Someone acting as a triage nurse would direct the inquiries to one of three buckets - Legal Helpers Debt Resolution if the problem was credit cards, Mortgage Law Group if the problem was a mortgage foreclosure, and Legal Helpers law firm if bankruptcy was needed.  The law firm is a debtor in the S.D. New York, and Macey was suspended by the ARDC.

April 26, 2016.  There probably will not be any distribution in this estate. However, the Consumer Financial Protection Bureau has asked for and received my assistance.  The estate probably will not close until the Bureau's litigation is complete.

April 24, 2015, 01:38 pm:  This case has massive litigation spinning out of the collapse of Legal Helpers.  Half the Attorneys General are pursuing the Debtor, as well as the Consumer Financial Protection Bureau.  While, I would be surprised if there are assets in this estate, I am working with the law enforcement agencies in their quest to bring justice to the consumer.

Initial Projected Date of Final Report (TFR): 01/01/2017        Current Projected Date of Final Report (TFR): 01/01/2019

Trustee Signature:    /s/ RONALD R. PETERSON        Date: 04/27/2017
                      RONALD R. PETERSON
                      JENNER & BLOCK LLP
                      353 N. CLARK STREET
                      38TH FLOOR
                      CHICAGO, IL  60654-3456

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 14-12825 | Trustee Name: | RONALD R. PETERSON |
| Case Name: THE MORTGAGE LAW GROUP, LLP, LLP | Bank Name: | |
| | Account Number/CD#: | |
| Taxpayer ID No: XX-XXX3460 | Blanket Bond (per case limit): | $54,824,000.00 |
| For Period Ending: 03/31/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Bank Accounts | | | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:   $0.00   $0.00

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| - | $0.00 | $0.00 | $0.00 |
|  | $0.00 | $0.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:   /s/ RONALD R. PETERSON     Date: 04/27/2017

RONALD R. PETERSON
JENNER & BLOCK LLP
353 N. CLARK STREET
38TH FLOOR
CHICAGO, IL  60654-3456

Page Subtotals:                                                        $0.00          $0.00